In the Matter of the Estate of JOHN P. KELLAS, Deceased. JEAN M. ELDRIDGE, Individually and as Administratrix with the Will Annexed of the Estate of JOHN P. KELLAS, Deceased, et al., Appellants; ANNA G. KELLAS, Respondent.

Submitted April 22, 1940; decided April 26, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 281 N. Y. 813.)

HENRY WILLNER et al., Doing Business under the Firm Name of WILLNER & KRAMER, Appellants, v. SAM WILLNER, Doing Business under the Firm Name of EAGLE UNDERGARMENT COMPANY, Appellant.

Submitted April 22, 1940; decided April 26, 1940.

*Adolph S. Ziegler* for motion.
No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, on the ground the order appealed from is not final.